1008

THE OLYMPIC PENINSULA NARCOTICS ENFORCEMENT TEAM ET AL., *Appellants*, v. JUNCTION CITY LOTS 1 THROUGH 12 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-2-00413-6, Keith C. Harper, J., entered September 18, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Cox, J.

UNION STREET HOLDINGS, LLC, *Respondent*, v. SOUTH SOUND CHARITIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-05879-2, Katherine M. Stoltz, J., entered March 26, 2015, and Philip K. Sorensen, J, entered November 20, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Becker and Appelwick, JJ.

IAN SCHUMACHER ET AL., *Respondents*, v. T. GARRETT CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-05753-2, Ronald E. Culpepper, J., entered February 26, 2016. *Reversed* and *remanded* by unpublished opinion per Trickey, A.C.J., concurred in by Leach and Mann, JJ.